IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROBERT JENKINS,              )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        2:15cv492-MHT
                             )            (WO)
LEON FORNISS, Warden,        )
                             )
    Defendant.               )
```

OPINION AND ORDER

This cause is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for a preliminary injunction be denied. In the motion, plaintiff, a state prisoner, sought protection from other prisoners. There are no objections to the recommendation. After an independent and de novo review of the record, the court has concluded that the recommendation should be adopted.

***

Accordingly, it is ORDERED that:

(1) The recommendation of the United States

Magistrate Judge (doc. no. 11) is adopted.

(2) The plaintiff's motion for preliminary injunction (doc. no. 1) is denied.

This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 27th day of August, 2015.

                                /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE