IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT T. JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv492-MHT |
| | ) | (WO) |
| | ) | |
| LEON FORNISS, Warden, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Upon consideration of the plaintiff's letter requesting dismissal of his case (doc. no. 23), which the court construes as a motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2), it is ORDERED that:

(1) The motion to dismiss is granted.

(2) This lawsuit is dismissed in its entirety without prejudice, with costs taxed as paid.

The court assumes that the defendant has no objection to the allowance of the dismissal; however, if he does, he must file the objection within seven days from the date of this order.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 10th day of May, 2016.**

                                        /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**